# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Eddie Edward Martin

Inmate Identification Number: 134658

_____

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

Bullock co, Corr.
P.O Box 5107
Union Spring Al 36089

_____

(Enter above full name(s) of the defendant(s) in this action)

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

2:05cv965-D

RECEIVED 2005 OCT -7 A 9: 47

I.  Previous lawsuits

  A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
  Yes (   )          No ( X )

  B.  If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

  1.  Parties to this previous lawsuit:

  Plaintiff(s): _____

  Defendant(s): _____

  _____

2.  Court (if Federal Court, name the district; if State Court, name the county) _____

3.  Docket number  Y2-06014

4.  Name of judge to whom case was assigned  Johnson

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  exhaust state Remdhes

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II. Place of present confinement  Bullock Co, Corr.

A.  Is there a prisoner grievance procedure in this institution?
    Yes ( )    No (X)

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
    Yes ( )    No (X)

C.  If your answer is YES:

    1. What steps did you take? _____

    2. What was the result? _____

D.  If your answer is NO, explain why not?  Mental Health

2

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) _Eddie Mastin Edward 134688_

Address _P.O BX 5107 union Spring_
_Al 36089_

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant _Eddie E. Mastin 134688_

is employed as _None_

at _____

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

_Not Pinpint Schizophrenio._
_Sisther witness us like Sisther,_
_Money in tue Bank Receipt,_
_SSI. Benfits._

3

No legibly Registration about have a Gun. "the Gun was not Mine."

V. **RELIEF**

State briefly **exactly** what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am not her sisther. There is no organization AM in.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

Eldic C. Mastin 134658
Signature(s)

4