FILED

**FOR USE BY INCARCERATED PERSONS**

2005 OCT -5 PM 2:08

2:05cv965-D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

### APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: _Eddie Edward Mastin 134688_

   Present mailing address: _P.O. Box 5107_
   _Union Spring Al. 36089_

2. Are you presently employed?            Yes ____   No _✓_

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   _None_

   Monthly earnings: _____

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   _____

   Date last worked: _____
   Monthly earnings: _____

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?   Yes ____   No _✓_
   (b) Interest, dividends, rents, or investment income of any kind?   Yes ____   No _✓_

1

(c) Pensions, annuities, or life insurance payments?  Yes ____  No ✓

(d) Gifts or inheritances?  Yes ____  No ✓

(e) Any other sources?  Yes ____  No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ 350

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?  Yes ____  No ✓

If the answer is "yes," describe the property and state its approximate value:

_____

_____

_____

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

None _____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 10/2/05

Oddie E. Maslin
SIGNATURE OF PLAINTIFF

2

## ★★★ IMPORTANT NOTICE ★★★

Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the page entitled "INFORMATION REGARDING PRISONER ACCOUNTS" is properly completed and certified.

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

## CERTIFICATION

I hereby certify that prisoner _____ has been incarcerated in this institution since _____, 19___, and that he has the sum of $_____ in his prison or jail trust account on this the _____ day of _____, 19___. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | _____ | $_____ | $_____ |
| Month 2 | _____ | $_____ | $_____ |
| Month 3 | _____ | $_____ | $_____ |
| Month 4 | _____ | $_____ | $_____ |
| Month 5 | _____ | $_____ | $_____ |
| Month 6 | _____ | $_____ | $_____ |
| Current month (if less than full month) | _____ | $_____ | $_____ |

_____
Signature of Authorized Officer of Institution

_____
Name of Institution

4