IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE EDWARD MASTIN, #134688, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv965-D |
| ) | WO |
| BULLOCK COUNTY CORRECTIONAL ) | |
| FACILITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On October 14, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

2. the claims presented against the Bullock County Correctional Facility be and the same are hereby DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. the plaintiff's claims challenging the constitutionality of his state felony conviction be and the same are hereby DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

4. This case be and the same is hereby DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DONE this 7th day of November, 2005.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE