IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE EDWARD MASTIN, #134688, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv965-D |
| ) | WO |
| BULLOCK COUNTY CORRECTIONAL ) | |
| FACILITY, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is

CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby

entered in favor of the defendant and against the plaintiff and that the plaintiff take

nothing by his said suit.

DONE this 7th day of November, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE